IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| KENNETH E. MACKEY | ) | Civil No. C09-5705 JRC |
| | ) | |
| Plaintiff, | ) | ORDER FOR |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including March 3, 2010, to file Plaintiff's Opening Brief. It is further ORDERED that Defendant shall have to and including March 31, 2010, to file Defendant's Responsive Brief. It is further ORDERED that Plaintiff shall have to and including April 14, 2010, to file Plaintiff's Reply Brief. Oral Argument, if desired, shall be requested by April 21, 2010.

DATED this 17th day of February 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5705 JRC] -1