# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH E. MACKEY

v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5705JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The matter must be REMANDED to the administration for further consideration. Review on remand should not be limited to the medical evidence, but should include a complete review of the administrative record, reconsideration of plaintiff's testimony and the lay testimony and gathering of any relevant evidence or testimony that is necessary to properly consider plaintiff's application for social security benefits.

| June 8, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk