UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH E. MACKEY,

                Plaintiff,

     v.

MICHAEL ASTRUE, Commissioner of Social Security,

                Defendant.

CASE NO. C09-5705JRC

ORDER GRANTING STIPULATED MOTION FOR ATTORNEYS FEES AND COSTS

This matter has been referred and reassigned to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Based on the stipulation of the parties (Doc. 21) it is hereby ORDERED, that attorney fees in the amount of $4,052.63, expenses in the amount of $59.35, for a total of $4,111.98, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $365.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 24th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1