# United States District Court
WESTERN DISTRICT OF WASHINGTON

KENNETH E MACKEY,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5705JRC

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the Stipulation of the parties (Doc. 21), it is hereby ORDERED, that attorney fees in the amount of $4,052.63, expenses in the amount of $59.35, for a total of $4,111.98, shall be awarded to the Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount $365.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.

October 18, 2010  
Date

WILLIAM M MCCOOL  
District Court Executive

*s/Kelly A Miller*  
By Kelly A Miller, Deputy Clerk